UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY BOOKER                                                        CIVIL ACTION

VERSUS                                                                NUMBER: 05-0245

BURL CAIN                                                             SECTION: "A"(6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the State submit, within thirty (30) days from the entry of the Court's Order, a response addressing the merits of petitioner's claims.

New Orleans, Louisiana, this  22   day of        June         , 2006.

_____
UNITED STATES DISTRICT JUDGE