UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY L. BOOKER | CIVIL ACTION |
| VERSUS | NO. 05-0245 |
| BURL CAIN | SECTION "A"(6) |

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

This Court finds that La. R.S. 14:30.1(A)(2)(b) and La. R.S. 14:93(A) are not unconstitutionally vague as applied to petitioner Booker.  Petitioner's claim is meritless.

Accordingly;

**IT IS ORDERED** that the federal petition of Timothy Booker for habeas corpus relief should be and is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, Thursday, December 28, 2006.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE